In the Matter of the Application of WALTER H. ALDRIDGE and the Defendants Mentioned in this Title, to Vacate a Subpœna Issued to WALTER H. ALDRIDGE, and a Subpœna Duces Tecum Issued to the TEXAS GULF SULPHUR COMPANY and WALTER H. ALDRIDGE, President, in the Action of the UNION SULPHUR COMPANY, Respondent, v. TEXAS GULF SULPHUR COMPANY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

H. HERRMANN FURNITURE COMPANY, Respondent, v. THE CARVER FURNITURE COMPANY, Defendant, Impleaded with MAX BANDLER, Appellant.— Order modified by striking therefrom all after the word " granted," and dismissing the complaint for failure to prosecute, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM SADOW, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SEYMOUR BABEL, an Infant, etc., by PAULINE BABEL, His Guardian ad Litem, Respondent, v. FIFTH STREET WET WASH LAUNDRY Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARTIN NELSON, as Administrator, etc., of MARIA CLARA NELSON, Deceased, Respondent, v. OSCAR CARSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HENRI BENDEL, INC., Respondent, v. GEORGES MATCHABELLE, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLEMENT M. BIDDLE, Respondent, v. DAVID A. BUCKLEY, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS J. LEHRER, Respondent, v. ABRAHAM NUSBAUM and Another, Appellants. — Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ. [133 Misc. 710.]

ABRAHAM W. ABRAHAMSON, Respondent, v. CHARLES CHARCOWSKY, Appellant. — Order modified by striking out the provision for inspection and discovery and substituting therefor direction to produce defendant's books in aid of the examination, and restrict the examination before trial to examination with respect to the net earnings of the business. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.